

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00104-CV

Russell **CALLAHAN**,
Appellant

v.

Barbara Susan **JUDKINS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05321
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: April 22, 2020

DISMISSED

Appellant Russell Callahan filed a motion to dismiss stating he no longer desires to appeal the trial court's judgment and requesting the appeal be dismissed. Appellee Barbara Susan Judkins has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM